DIAMOND McCARTHY LLP
Ryan M. Lapine (SBN 239316)
ryan.lapine@diamondmccarthy.com
333 South Hope Street, Suite 4050
Los Angeles, California 90071
Telephone:  (424) 278-2335
Facsimile:   (424) 278-2339

WIECHERT, MUNK & GOLDSTEIN, PC
David W. Wiechert (SBN 94607)
dwiechert@aol.com
27136 Paseo Espada, Ste. B1123
San Juan Capistrano, CA 92675
Telephone:  (949) 361-2822
Facsimile:  (949) 496-6753

Attorneys for Defendant
Charles Ronald Green, Jr.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES RONALD GREEN, JR. (1)<br>MELINDA ELIZABETH GREEN (2),<br><br>Defendants. | Case No. 3:20-cr-01566-DMS<br><br>**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>Action Filed: June 10, 2020 |

1  PLEASE TAKE NOTICE THAT, subject to approval by the court, Charles
2  Ronald Green, Jr., defendant, substitutes:

DIAMOND McCARTHY LLP
Ryan M. Lapine (SBN239316)
*Ryan.lapine@diamondmccarthy.com*
333 South Hope Street, Suite 4050
Los Angeles, California 90071
Telephone:  (424) 278-2335
Facsimile:   (424) 278-2339
*LEAD COUNSEL*

WIECHERT, MUNK & GOLDSTEIN, PC
David W. Wiechert (SBN 94607)
*dwiechert@aol.com*
27136 Paseo Espada, Ste. B1123
San Juan Capistrano, CA 92675
Telephone:  (949) 361-2822
Facsimile: (949) 496-6753

as counsel of record in place Richard Martin Steingard of the Law Offices of Richard M. Steingard, who will no longer represent the defendant Charles Ronald Green, Jr. in this case.

I consent to the above substitution:

Date: _____        By: _____
                                                    Charles Ronald Green, Jr.

I consent to being substituted:

Date: _____          By: _____
                                                    Richard Martin Steingard

I consent to the above substitution:

Date: _____          By: _____
                                                    Ryan M. Lapine

I consent to the above substitution:

Date: _____          By: _____
                                                    David W. Wiechert

DATED: March 26, 2021

                                      Respectfully submitted,

                                      DIAMOND MCCARTHY LLP

                                      By:   /s/ *Ryan M. Lapine*
                                                Ryan M. Lapine

    IT IS HEREBY ORDERED THAT the Joint Motion for substitution of attorney is hereby granted.

    IT IS SO ORDERED:

Dated:  April 1, 2021

                                        Hon. Dana M. Sabraw, Chief Judge
                                        United States District Court