RANDY S. GROSSMAN
Acting United States Attorney
VALERIE H. CHU
California Bar No. 241709
Assistant U.S. Attorney
Federal Office Building
880 Front Street, Room 6293
San Diego, CA 92101-8893
Tel.: (619) 546-6750
Email: Valerie.chu@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> CHARLES RONALD GREEN, JR. (1), <br> MELINDA ELIZABETH GREEN (2), <br><br> Defendants. | No. 20-CR-1566-DMS-MSB <br><br> JOINT MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE |

The United States of America, by its counsel, and defendants Charles Ronald Green, Jr. and Melinda Elizabeth Green, through their counsel, jointly move this Court to modify the conditions of pretrial release and bond in this case.

### A. PRIOR PROCEEDINGS

On June 10, 2020, an indictment was returned charging Defendants with conspiracy in violation of Title 18 U.S.C., Section 371, wire fraud in violation of Title 18 U.S.C. Section 1343, payment of kickbacks in violation of Title 42 U.S.C. Section 1320a-7b(b)(2)(A), and criminal forfeiture. Those charges alleged that Defendants engaged in a scheme to defraud TRICARE, through kickbacks paid for doctors' prescriptions for compound pharmaceuticals. Dkt. No. 1.

Defendants first appeared before a judicial officer of this Court on charges contained in the Indictment on July 23, 2020, and the Court set bond at $3,000,000 as to both Defendants, secured by real property (with the same property eligible to be used for both)

and setting other standard conditions of release.  Dkt. Nos. 8, 9.  Pursuant to the parties' joint motions, the Court modified the pretrial release conditions on August 4, 2020 and August 17, 2020, which included, as relevant here, modification of the bond to $500,000 for each defendant, secured by real property in Florida.

On January 15, 2021 a Civil Complaint for Forfeiture was filed in the Southern District of California (21-CV-00091-DMS-AGS) against the Florida real property and other property of Defendants. On January 19, 2021, a Notice of Lis Pendens was filed on the Florida real property, which was recorded on January 21, 2021 in Orange County, Florida.

**B. JOINT MOTION TO MODIFY**

On September 10, 2021, Defendants waived their right to indictment and were arraigned on a two-count Superseding Information, which charged the already-indicted TRICARE scheme and added allegations relating to a scheme to defraud Medicare.  The Superseding Information alleged criminal forfeiture of the Florida real property and other assets named in the original indictment and in the Civil Complaint for Forfeiture.  There is now a change of plea hearing scheduled for September 27, 2021.

In light of these developments, the parties submit that there is good cause to modify the bond, and jointly move to modify the bond to a $250,000 signature bond for each Defendant, secured by a financial responsible surety, and agree that any lien on the Florida real property may be released to facilitate further proceedings regarding that property.

Parties request that Defendants be given one week from the date this motion is granted to submit the completed bond paperwork to the Court.

//
//
//
//
//
//

**SO MOVED.**

DATED: September 10, 2021     Respectfully submitted,

RANDY S. GROSSMAN
Acting United States Attorney

s/Valerie H. Chu
VALERIE H. CHU
Assistant U.S. Attorney

s/Ryan Lapine (w/ authorization)
RYAN LAPINE
Counsel for Charles Ronald Green

s/Derelle Janey (w/ authorization)
DERELLE JANEY
Counsel for Melinda Elizabeth Green