UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHARLES RONALD GREEN, JR. (1),<br>MELINDA ELIZABETH GREEN (2),<br><br>　　　　Defendants. | Case No. 20cr1566(DMS)<br><br>ORDER FOR INTERLOCUTORY SALE OF REAL PROPERTY LOCATED AT 1943 IDAHO AVENUE, ESCONDIDO, CALIFORNIA 92027 |

　　IT IS HEREBY ORDERED that the Joint Motion to Enter Order Authorizing Interlocutory Sale of Real Property Located at 1932 Idaho Avenue, Escondido, California 92027 shall be ADOPTED and AUTHORIZED.

　　Prior to a final order of forfeiture, this Court has authority to order the interlocutory sale of property alleged to be forfeitable pursuant to Federal Rule of Criminal Procedure 32.2(b)(7), in accordance with Supplemental Rule G(7)(b) of the Federal Rules of Civil Procedure. The Court finds that the expense of keeping the property pending conclusion of the forfeiture action in this criminal case is excessive and disproportionate to its fair market value and that good cause exists to sell by interlocutory sale the Real Property Located at 1932 Idaho Avenue, Escondido, California 92027, more particularly described as follows:

**ASSESSOR'S PARCEL NO. 234-420-07-00**

Real Property in the City of Escondido, County of San Diego, State of California, described as follows:

Lot "A" OF THE Resubdivision of Block 273, of the Rancho Rincon Del Diablo, in the County of San Diego, State of California, according to Map thereof No. 1519, filed in the Office of the County Recorder of San Diego County, January 21, 1913; ("Real Property")

Accordingly, the Court hereby adopts in full the agreements of the Parties as set forth in their Joint Motion for Interlocutory Sale of Real Property located at 1932 Idaho Avenue, Escondido, California 92027. Pursuant to this Order and the adopted Joint Motion:

**Terms of Access to Real Property**

1. Defendants and Trustee shall vacate the Real Property no later than December 1, 2021.

2. All other individuals shall vacate the Real Property no later than December 1, 2021, unless the Real Property has completed Escrow and a final sale has been made.

3. Defendants and Trustee shall not enter into any tenancy or occupancy agreements to the Real Property without written consent of the Government.

4. The United States Marshals Service ("USMS") and its designees and contractors shall retain sole custody, access, and control for the Real Property beginning no later than December 2, 2021, unless the Real Property has completed Escrow and a final sale has been made.

5. The USMS will assist in allowing access to the Real Property to the real estate agent chosen according to the terms of this Order and will also allow access to the Real Property to other personnel deemed necessary by the USMS.

6. On August 5, 2021, a certified appraisal was completed for the Real Property by California Residential Appraisals. The certified appraisal is filed with the USMS. The amount of the value assigned shall constitute the appraised value ("Appraised Value") of the Real Property.

**Terms of Sale to Real Property To Apply No Later Than December 17, 2021**

7. The following terms of sale shall apply until no later than December 17, 2021:

    a. The listing price shall be chosen by Defendants and Trustee, but such listing price shall not be less than the Appraised Value of the Real Property, unless otherwise agreed to in writing by the Government.

    b. The sales price shall not be less than the Appraised Value of the Real Property, unless otherwise agreed to in writing by the Government.

    c. Defendants and Trustee are authorized to enter into a listing agreement set to expire no later than December 17, 2021 with Connie Malkiewicz, a California-licensed real estate listing agent provided that any realtor commission fees paid to Connie Malkiewicz shall not total more than two and one-half percent (2.5%) of the purchase price, and the purchaser's agent shall not be paid a commission of more than two and one-half percent (2.5%) of the purchase price.

    d. The Government shall be notified in writing promptly (within three (3) business days) of receipt by Defendants and Trustee of any offer to purchase the Real Property. Such notification shall include the following: (i) the identities of the prospective buyer(s), including current address(es) and driver's license number(s); (ii) the purchase price; and (iii) the final escrow instructions.

    e. The Parties shall have up to seven (7) business days from the date of the Government's receipt of the written notification provided for in paragraph (d) above to accept and/or reject any offer to purchase the Real Property. Any such objection shall result in the immediate cancellation of the sale.

    f. The Government may also reject any offer to purchase the Real Property if it determines, in its sole discretion and without disclosure to any person or entity, that the offer is made by, or on behalf of, a person involved in criminal activity and/or is prohibited by U.S. Department of Justice policy from purchasing the Real Property.

    g. After written acceptance by the Government of a written offer to purchase the Real Property, the Government shall deliver to the designated escrow agent no later than the closing date specified in the real estate purchase contract, a conditional withdrawal of

its lis pendens recorded against the Real Property. The Government's withdrawal of its lis pendens shall be conditioned upon: (1) consummation of the sale of the Real Property; and (2) compliance by Defendants and Trustee with the terms of this Order. Upon satisfaction of the aforementioned conditions, the withdrawal of the lis pendens may be recorded with the San Diego County Recorder.

    h.    The proceeds from the sale of the Real Property shall be applied according to the "Terms of Payment" as specified below.

**Default Terms of Sale To Real Property**

8. The following Default Terms of Sale shall apply starting no later than December 18, 2021 and continuing until the closing date of sale for the Real Property:

    a.    The Government shall cause the Real Property to be sold at the highest available reasonable price. The Real Property will not be sold for less than the Appraised Value of the Real Property, unless otherwise ordered by the Court.

    b.    The Real Property will be sold by the USMS in the most commercially feasible manner and in its sole discretion.

    c.    The USMS shall retain a licensed real estate agent of its choosing, in its complete and sole discretion, to complete the private sale of the Real Property.

    d.    The USMS, in its sole discretion, shall choose the listing price.

    e.    The Government may reject any offer to purchase the Real Property if it determines in its sole discretion and without disclosure to any person or entity, that the offer is made by, or on behalf of, a person involved in the criminal activity and/or is prohibited by U.S. Department of Justice policy from purchasing the Real Property.

    f.    Upon the Government's written acceptance of a written offer to purchase the Real Property, the Government shall deliver to the designated escrow agent no later than the closing date specified in the real estate purchase contract, a conditional withdrawal of its lis pendens recorded against the Real Property. The Government's withdrawal of its lis pendens shall be conditioned upon: (1) consummation of the sale of the Real Property; and (2) compliance by Defendants and Trustee with the terms of this Order. Upon satisfaction

of the aforementioned conditions, the withdrawal of the lis pendens may be recorded with the San Diego County Recorder.

  g. The proceeds from the Sale of the Real Property shall be applied according to the "Terms of Payment" as specified below.

**Terms of Payment**

  9. Defendants and Trustee shall bear their own costs and attorney fees.

  10. Upon the completion of the interlocutory sale of the Real Property, there shall first be immediate payment to the USMS for any outstanding expenses of custody and sale incurred by the USMS, and payments thereafter, as follows:

  a. The USMS shall first be paid all reasonable costs incurred in connection with the maintenance, repair, marketing, and sale of the Real Property. Any such reasonable costs shall only be incurred with express written approval from the USMS from the date of entry of this Order up to the closing date of sale for the Real Property;

  b. Costs of appraisal(s);

  c. Real Estate Commissions, if any, but not greater than a total of 5%;

  d. Amounts due the holder of any valid lien which was recorded at the San Diego County Recorder prior to the time the Government's lis pendens was recorded;

  e. Real estate property taxes due and unpaid;

  f. Insurance costs, if any;

  g. Escrow fees, advances, and late charges;

  h. Document recording fees not paid by the buyer;

  i. Title fees; and

  j. County transfer taxes;

  11. After payments are made to the USMS and as otherwise outlined above in the Terms of Payment, the remaining net proceeds from the sale of the Real Property will be substituted for the above-described Real Property as substitute res and paid by Escrow to the Department of Justice Seized Asset Deposit Fund and held in an interest-bearing account pending further Order of the Court.

12. The Government shall provide wiring instructions for transmission of the net proceeds of sale held as substitute res directly to the escrow company designated by the real estate purchase contract for the Real Property. Upon delivery of the net proceeds of sale held as substitute res to the USMS, the Government shall file a notice with the Court detailing the timing of USMS' receipt and the amount of the net proceeds of sale held as substitute res for the Real Property.

**The Parties Shall Convey Clear Title To The Buyer**

13. Defendants, Trustee, and the Government shall execute any and all documents necessary to consummate the sale of the Real Property, to convey clear title to the Real Property to the buyer, and to further implement the terms of this Order.

14. The USMS shall be authorized to execute any documents that may be required to complete the interlocutory sale of the Real Property and ensure the subsequent transfer of good title to the buyer.

15. Defendants and Trustee shall release and hold harmless the United States, and any agents, servants, and employees of the United States, and/or any state or local law enforcement agency acting in their individual or official capacities, from any and all claims which currently exist or which may arise as a result of the United States' actions against and relating to the Real Property.

16. The United States shall have the right to terminate the forfeiture action at any time for legal reasons. A discretionary termination of forfeiture by the United States shall not be a basis for any award of fees to any party.

17. The violation of any terms or conditions of this Order shall be construed as a violation of an Order of the Court.

**IT IS SO ORDERED**

DATED: November 23, 2021

Hon. Dana M. Sabraw
Chief, United States District Judge