RANDY S. GROSSMAN
United States Attorney
VALERIE H. CHU
Assistant U S Attorney
California State Bar No. 241709
880 Front Street Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-6750
Email: Valerie.Chu@usdoj.gov

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>CHARLES RONALD GREEN (1), and<br>MELINDA ELIZABETH GREEN (2)<br><br>Defendants. | Case No. 20CR1566-DMS<br><br>**JOINT MOTION TO CONTINUE SENTENCING**<br><br>Date: May 12, 2023<br>Time: 9:00 a.m. |

COMES NOW the Plaintiff, United States of America, through its counsel, and Defendants Charles Ronald Green and Melinda Elizabeth Green, with the advice and consent of counsel, and jointly move to continue sentencing hearing in this case **from May 12, 2023 to Friday, September 8, 2023**, at **9:00 a.m,** or on a date that is amenable to the Court. Defendants are out of custody on bond and will file an acknowledgement of the next court date.

**SO MOVED.**

DATED: April 4, 2023

        Respectfully Submitted,

        RANDY S. GROSSMAN
        United States Attorney

        <u>s/Valerie H. Chu (w/ authorization)</u>
        VALERIE H. CHU
        Assistant U S Attorney

        <u>s/David Wiechert (w/ authorization)</u>
        DAVID WIECHERT
        Counsel for Charles Ronald Green

        <u>s/Derrelle M. Janey</u>
        DERRELLE M. JANEY
        Counsel for Melinda Elizabeth Green