1  WIECHERT, MUNK & GOLDSTEIN, PC
2  David W. Wiechert, SBN 94607
3  4000 MacArthur Blvd. Suite 600 East Tower
   Newport Beach, CA 92660
4  Tel: (949) 361-2822
5  Email: dwiechert@aol.com

6
7  Attorney for Defendant
   Charles Ronald Green, Jr.
8
9
10            IN THE UNITED STATES DISTRICT COURT
11          FOR THE SOUTHERN DISTRICT OF CALIFORNIA
12

| UNITED STATES OF AMERICA, | Case No. 20-CR-1566-DMS |
|---|---|
| Plaintiff, | Honorable Dana M. Sabraw |
| v. | **JOINT MOTION TO CONTINUE SENTENCING** |
| CHARLES RONALD GREEN, JR. (1), and MELINDA ELIZABETH GREEN (2), | Current Sentencing Date: September 21, 2023 at 9:00 a.m. |
| Defendants. | Proposed New Sentencing Date: December 1, 2023 at 9:30 a.m. |

COMES NOW the Plaintiff, United States of America, through its counsel, and Defendants Charles Ronald Green, Jr. and Melinda Elizabeth Green, with the advice and consent of counsel, and jointly move to continue sentencing hearing in this case **from September 21, 2023 to Friday, December 1, 2023**, at **9:30 a.m.,** or on a date that is amenable to the Court. The reason for the continuance is the urgent, time-sensitive

medical procedures required by Melinda Green in connection with chronic medical conditions. Defendant Melinda Green has already had one related procedure within the past few weeks. A second, more encompassing surgery is to occur within the next 5-6 weeks depending on her recovery from the prior procedure. The medical procedures at issue are not elective and are critical.

The parties' intention is to sentence both Melinda Green and her husband, Charles Ronald Green Jr., at the same hearing. Accordingly, this application would continue the sentencing date as to both defendants. Defendants are out of custody on bond and will file an acknowledgement of the next court date.

**SO MOVED.**

Dated: September 5, 2023             Respectfully submitted:

WIECHERT, MUNK & GOLDSTIEN, PC

By:     *s/ David W. Wiechert*
        David W. Wiechert
        Attorney for Defendant
        Charles Ronald Green, Jr.

THE JANEY LAW FIRM P.C.

By*:*    *s/Derrelle M. Janey*
         Derrell M. Janey
         Attorney for Defendant
         Melinda Elizabeth Green

1
2
3
4
5

        ANDREW HADEN
        Acting United States Attorney

        By:   *s/ Valerie H. Chu with email authorization*
               AUSA Valerie H. Chu
               Attorney for Plaintiff

**CERTIFICATION OF AUTHORIZATION TO SIGN SIGNATURE**

I certify that the content of this document is acceptable to counsel for the government and Defendants and that I have obtained the authorization from AUSA Valerie H. Chu and Derrelle M. Janey to sign this document on their behalf.

Dated: September 5, 2023  *s/ David W. Wiechert*
David W. Wiechert

**CERTIFICATE OF SERVICE**

Counsel for Defendant Charles Ronald Green Jr. certifies that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

AUSA Valerie H. Chu
U.S. Attorney's Office
880 Front Street, Suite 6293
San Diego, CA 92101
Valerie.Chu@usdoj.gov

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 5, 2023, at San Juan Capistrano, California.

s/*David W. Wiechert*
David W. Wiechert