IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>v.<br><br>CHARLES RONALD GREEN, JR. (1),<br>and MELINDA ELIZABETH GREEN (2),<br><br>　　Defendants. | Case No. 20-CR-1566-DMS<br><br>**ORDER CONTINUING SENTENCING** |

　　Based on the joint motion of the parties, and GOOD CAUSE APPEARING, IT IS ORDERED that the sentencing hearing for Defendants Charles Ronald Green, Jr. and Melinda Elizabeth Green is hereby continued from September 21, 2023 at 9:00 a.m. to December 1, 2023 at 9:30 a.m.

IT IS SO ORDERED.

DATED: 09/12/23

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Honorable Dana M. Sabraw
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE