SENTENCING SUMMARY CHART
[ ☐ ] AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b)]
Sentencing Date: March 1, 2024

USPO [☐]
AUSA [☐]
DEF [☑]

Defendant's Name: Melinda Elizabeth Green
Docket No.: 20-CR-1566-DMS
Attorney's Name: Derrelle Janey
Phone No.: (646) 289-5276
Guideline Manual Used: 2024 Edition
Agree with USPO Calcs.: No

| | |
|---|---|
| Base Offense Level(s): USSG § 2B1.1 | 6 |
| Specific Offense Characteristics: USSG § 2B1.1(b)(10)(C), | +2 |
| USSG § 2B1.1(b)(1)(M) Actual Loss > $65 million | +24 |
| USSG § 2B1.1(b)(7), Loss to Gov't Health Care Program > $20 million | +4 |

Adjusted Offense Level: 36

☑ Combined (Mult. Counts)   ☐ Career Off.   ☐ Armed Career Crim.

Adjustment for Acceptance of Responsibility [☑ Government Motion – USSG §3E1.1(b)]   -3

Adjustment for Package Disposition/Cooperation [☑ USSG §5K1.1]   -2

Total Offense Level: 31
Criminal History Score: 0
Criminal History Category: 1

31

____ Career Offender   ____ Armed Career Criminal

Guideline Range:                                                                 from ___ mths
(Range limited by: _____ minimum mand.   X   statutory maximum)    to ___ mths

Departures:

| | |
|---|---|
| Departure under 5H1.4 "Physical Condition" | -6 |
| Variance under § 3553(A), Forfeiture Payment | -2 |
| Departure Under § 5K1.1 | -4 |
| | 19 |

Resulting Guideline Range: Adjusted Offense Level   19   from 30 mths
                                                                                             to 37 mths

RECOMMENDATION: _____*

S/R RANGE: 3 years           ; FINE RANGE: No fine