SENTENCING SUMMARY CHART
[☒ AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b)]
Sentencing Date: March 1, 2024 9:00am

USPO: _____
AUSA: X
DEF: _____

Defendant's Name: Melinda Green  
Docket No.: 20CR01566-DMS  
Attorney's Name: Valerie H. Chu  
Phone No.: (619) 546-6750  
Guideline Manual Used: November 1, 2022  
Agree with USPO Calcs.: no  

| Item | Value |
|---|---|
| Base Offense Level(s): USSG § 2B1.1 | 6 |
| Specific Offense Characteristics: USSG § 2B1.1(b)(1)(M) - Loss more than $65 mill | +24 |
| USSG § 2B1.1(b)(7)- Loss to Govt Health Care Program More than $20 mill | +4 |
| § 4C1.1 - Zero Point Offender, 5H1.4 - Physical Condition | -2 /-4 |

Adjusted Offense Level:
☐ Combined (Mult. Counts)  ☐ Career Off.  ☐ Armed Career Crim.

Adjustment for Acceptance of Responsibility [☒ Government Motion - USSG §3E1.1(b)]  -3

Total Offense Level: 25

Supervised Release Range (based on Total Offense Level): _____ to _____ years  
Fine Range (based on Total Offense Level): $ _____ to $ _____

Criminal History Score: 0  
Criminal History Category: I  
☐ Career Offender   ☐ Armed Career Criminal

Guideline Range:  from 57 mths
(Range limited by: ☐ minimum mand.  ☐ statutory maximum)  to 71 mths

Departures:
§ 5K1.1- Pkg Dispo, §5K1.1- Cooperation    -2 / -5

Resulting Guideline Range: Adjusted Offense Level: 18    from 27 mths
to 33 mths

RECOMMENDATION: 27 months

03/2023