TARA K. MCGRATH
United States Attorney
VALERIE H. CHU
Assistant United States Attorney
California Bar No. 241709
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-6750
Valerie.chu@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CHARLES RONALD GREEN, JR. (1),<br>MELINDA ELIZABETH GREEN (2),<br>Defendants. | Case No. 20-CR-01566-DMS<br><br>NOTICE OF LODGEMENT OF VICTIM IMPACT STATEMENT SUPPORTING DOCUMENTS |

The United States provides notice that it has lodged with the Court an encrypted CD containing the supporting documents submitted by the ILWU-PMA Welfare Plan in connection with its Victim Impact Statement, filed at Dkt. No. 134. The documents consist of: Victim Impact Statement, Supplemental DeGroff Declaration, Appendixes referenced in DeGroff Declaration, Letter to V. Chu re Plan's Status as Victim, and VIS Updated Simple Matrix re Facts.

Respectfully submitted,
TARA K. MCGRATH
United States Attorney

DATED: February 26, 2024

s/ Valerie H. Chu
VALERIE H. CHU
Assistant United States Attorney

1